IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

GREGORY EARL SIMONDS JR.

_____/

INDICTMENT

3:25.cr.150/MCR

THE GRAND JURY CHARGES:

## COUNT ONE

On or about February 15, 2025, in the Northern District of Florida, the defendant,

**GREGORY EARL SIMONDS JR.**,

did maliciously damage and destroy, and attempt to damage and destroy, by means of an explosive, a building and other real and personal property located at 792 Beal Parkway, Fort Walton Beach, Florida, which was then being used in interstate commerce and in an activity affecting interstate commerce, resulting in personal injury to Victim 1.

FILED USDC FLND PN
AUG 19 '25 PM4:42

Returned in open court pursuant to Rule 6(f)

Date: 8/19/25

United States Magistrate Judge

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

███████████████████
FOREPERSON

_8/19/25_
DATE

_[signature]_
JOHN P. HEEKIN
United States Attorney

_[signature]_
ALICIA H. FORBES
Assistant United States Attorney