**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

v.                                                           **CASE NO. 3:25cr150-MCR**

**GREGORY EARL SIMONDS, JR.,**
  **Defendant.**
_____/

## ORDER OF REFERENCE

The Court has been informed that the Defendant in the above-styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(3) and Loc. R. 72.3, it is hereby

ORDERED that the above-captioned criminal case be referred to the duty United States Magistrate Judge, to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation to the District Judge concerning acceptance or rejection of the guilty plea.

**DONE AND ORDERED** this 2nd day of March 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**