# *United States District Court*
## CRIMINAL MINUTES - SENTENCING

| | | | | |
|---|---|---|---|---|
| Time Commenced | 9:07 am | | Case No. | 3:25-cr-00150-MCR |
| Time Concluded | 10:21 am | | Date | June 30, 2026 |

**DOCKET ENTRY: SENTENCING HEARING for DEFENDANT GREGORY EARL SIMONDS, JR:** Sentence imposed as to Count 1s: Custody of BOP for a total term of 84 months. Supervised Release for 5 years, fine waived, and SMA of $100 (due immediately). Count 2s dismissed on Government motion. Defendant remanded to custody of U.S. Marshal. SEE FORMAL JUDGMENT. Govt. and Deft. Exhibits (flash drives) admitted and placed in clerk's secured storage.

PRESENT:    HONORABLE    **M. CASEY RODGERS**    U.S. DISTRICT JUDGE

| Alicia Forbes | Zachary Link | Julie Wycoff | Barbara Rogers |
|---|---|---|---|
| Asst US Attorney | Probation Officer | Court Reporter | Deputy Clerk |

| **U.S.A. v DEFENDANT LISTED BELOW** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| (1) **GREGORY EARL SIMONDS, JR** | (1) **RANDALL LOCKHART** |

✓ Present   ✓ Custody   O/R          ✓ Present   ✓ Appointed   Retained

**PROCEEDINGS:**

✓ DEFT has read the presentence investigation (PSR) report and has discussed it with his attorney.

✓ DEFT adjudicated Guilty of Count:    1s          SENTENCE IMPOSED:

✓ DEFT remanded to the custody of the Bureau of Prisons on Count:

   1s: imprisonment for a term of 84 months, with credit for time served since February 15, 2025. Sentence is to run concurrent with any yet to be imposed sentence in Okaloosa County, FL Case Number 2025CF327, and the state institution is designated for service of this sentence which is to commence on June 30, 2026.

✓ Court recommends place of incarceration at or near: FCI Jesup, GA or as an alternative, Yazoo City Low, MS

✓ Additional recommendations:

   ___ Residential Drug Abuse Program (RDAP) while in custody of BOP
   ___ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program.
   ___ Deft identified as needing substance abuse treatment both during incarceration and at a reentry center.
   ___ Complete GED classes.
   ___ Mental Health Evaluation and/or Treatment while in the custody of BOP.
   ✓ Cognitive Behavioral Therapy Programming.
   ___ Other:

✓ FINE PAYMENT:   ✓ Fine: waived        JVTA Fine: $        ✓ SMA of $100, due immediately
                                                              ✓ No Restitution

9:20 am    *Govt Exhibits 1-4 admitted (flash drive)*
           *Deft Exhibits B1-B4 admitted (flash drive)*

**SENTENCING MINUTES CONTINUED**

**S/R or PROBATION.  DEFT is under:**

✓ Supervised Release for a total period of 5 years as to Count 1s. Court will consider early termination after successful completion of 30 months on supervised release.

_____ Probation for a period of _____ years.

_____ Home Detention of _____ months w/following conditions:

**With the following special conditions or modifications:**

DEFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Deft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.

DEFT shall submit to testing for the use of illegal controlled substances or alcohol to excess.

DEFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process.  Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program

DEFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.

DEFT shall participate in a program of mental health treatment.

DEFT shall provide requested financial information to the U.S. Probation Officer.

DEFT shall make any unpaid fine/restitution on a payment schedule to be determine by U.S. Probation.

DEFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments

DEFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied

DEFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.

DEFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.

ADDITIONAL TERMS:

**Custody Status:**

✓ DEFT committed to the custody of the U.S. Department of Justice.

_____ DEFT to surrender to USMS or designated institution at his/her own expense no later than on _____ .

_____ DEFT remains on bond with ___ the same terms and conditions or ___ modified terms as follows: _____ .

_____ DEFT is released after meeting with Probation Officer.

**Other:**

✓ Plea Date: March 10, 2026

✓ Remaining count 2s is dismissed on government motion.

✓ Court informs Deft of right to appeal.

_____ Deft requests that the Clerk of Court file a notice of appeal on his/her behalf.

✓ DEFT addresses the Court.

✓ NO FORFEITURE _____ PRELIMINARY ORDER OF FORFEITURE entered on (doc. #)